IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANA CRAUS AND ALBERT CRAUS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-00130-Y |
| | § | |
| ALLSTATE TEXAS LLOYD'S, | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs JANA CRAUS AND ALBERT CRAUS and Defendant ALLSTATE TEXAS LLOYD'S file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

I.

Plaintiffs and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against Defendant. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants, ALLSTATE TEXAS LLOYD'S, from this cause of action whether or not specifically referred to herein.

II.

Plaintiffs and Defendant move this Court to dismiss this case with prejudice as to Defendant/Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

CARNAHAN THOMAS

By: /s/ *Michael S. Carnahan* *
    Michael S. Carnahan
    State Bar No. 03825700
    mcarnahan@carnahanthomas.com

CARNAHAN THOMAS
1190 North Carroll Avenue
Southlake, Texas 76092
Telephone: (817) 424-1001
Facsimile: (817) 424-1003
ATTORNEY FOR PLAINTIFFS
JANA CRAUS AND ALBERT CRAUS
* signed with permission

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ *Roger D. Higgins*
    Roger D. Higgins
    State Bar No. 09601500
    rhiggins@thompsoncoe.com
    Timothy E. Headley
    State Bar No. 24007334
    tbrown@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2016, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Texas Rules of Civil Procedure:

Michael S. Carnahan
CARNAHAN THOMAS
1190 North Carroll Avenue
Southlake, Texas 76092

_____
Timothy E. Headley