IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANA CRAUS AND ALBERT CRAUS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-00130-Y |
| | § | |
| ALLSTATE TEXAS LLOYD'S, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs JANA CRAUS and ALBERT CRAUS and

Defendant ALLSTATE TEXAS LLOYD'S Agreed Motion for Dismissal with Prejudice, is of

the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants,

ALLSTATE TEXAS LLOYD'S, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.


Signed on this the _____ day of _____, 2016.


_____
JUDGE PRESIDING

AGREED:

CARNAHAN THOMAS

By:     /s/ Michael S. Carnahan     *
        Michael S. Carnahan
        State Bar No. 03825700
        mcarnahan@carnahanthomas.com

CARNAHAN THOMAS
1190 North Carroll Avenue
Southlake, Texas 76092
Telephone: (817) 424-1001
Facsimile: (817) 424-1003
ATTORNEY FOR PLAINTIFFS
JANA CRAUS AND ALBERT CRAUS
* signed with permission

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:     /s/ Roger D. Higgins
        Roger D. Higgins
        State Bar No. 09601500
        rhiggins@thompsoncoe.com
        Timothy E. Headley
        State Bar No. 24007334
        tbrown@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209
ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S

2536523v1
03646.066